```
 1
 2
 3
 4
 5
 6                          UNITED STATES DISTRICT COURT
 7                         EASTERN DISTRICT OF WASHINGTON
 8   STERLING INTERNATIONAL, INC.,
     a Washington Corporation,
 9
                    Plaintiff,
10                                         NO. CV-08-0022-EFS
            v.
11
     WILLIAM C. HISCOX, an                 ORDER GRANTING PARTIES' MOTION
12   individual; MANUFACTURING             TO DISMISS
     R&D, LLC, a Washington
13   Limited Liability d/b/a
     DOUBLE VISION DISTRIBUTING;
14   MANUFACTURING R&D, a
     California Limited Liability
15   Company d/b/a INTREPID
     PRODUCT SOLUTIONS, LLC, and;
16   CONCEPTUAL MARKETING AND
     DEVELOPMENT, INC., a Nevada
17   Corporation d/b/a CMB
     PRODUCTS,
18
                    Defendants.
19
20
21       By a Joint Motion to Dismiss filed April 24, 2009 (Ct. Rec. 36), the
22   parties ask the Court to dismiss the above-captioned matter with
23   prejudice and without costs or fees to either party under Federal Rule
24   of Civil Procedure 41.
25       After review, **IT IS HEREBY ORDERED**:
26       1. The parties' Joint Motion to Dismiss **(Ct. Rec. 36)** is **GRANTED**.
```

ORDER * 1

    2. The Amended Complaint **(Ct. Rec. 9)** is **DISMISSED with prejudice** and **without costs** or fees awarded to any party;

    3. All pending trial and hearing dates are stricken;

    4. All pending motions are denied as moot; and

    5. This file shall be closed.  The Court will retain jurisdiction over this matter for purposes of enforcing the parties' settlement.

    **IT IS SO ORDERED.**  The District Court Executive is directed to enter this Order and forward copies to counsel.

    **DATED** this _____27th_____ day of April 2009.


                        S/ Edward F. Shea
                        EDWARD F. SHEA
                   United States District Judge

Q:\Civil\2008\22.Stip.Dismiss.wpd

ORDER * 2